UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

ZENG YANG

    Plaintiff,

  v.                                   Case No: 20-CV-1122

CENTENE MANAGEMENT
COMPANY LLC

    Defendant.

---

## STIPULATION OF DISMISSAL PURSUANT TO RULE 41(A)(1)

---

IT IS HEREBY STIPULATED AND AGREED TO by and between Plaintiff Zeng Yang, by her counsel, Heins Employment Law Practice LLC and Defendant Centene Management Co., Inc., by its counsel, Littler Mendelson, P.C., by attorney Sofija Anderson, that this action, and all claims herein, is hereby dismissed pursuant to FED. R. CIV. P. 41(a)(1) with prejudice and without attorneys' fees or costs to either party.

Dated this 24th day of February, 2022.

| | |
|---|---|
| */s/Janet L. Heins*<br>Janet L. Heins - SBN: 1000677<br>HEINS EMPLOYMENT LAW PRACTICE LLC<br>200 South Executive Drive, Suite 101<br>Brookfield, WI 53005<br>Telephone: 262.241.8444<br>jheins@heinslawoffice.com<br><br>Attorneys for Plaintiff | */s/Sofija Anderson*<br>Sofija Anderson - SBN: 1041498<br>Matthew Kurlinski - SBN: 1069651<br>LITTLER MENDELSON, P.C.<br>111 E. Kilbourn Ave., Suite 1000<br>Milwaukee, WI 53202<br>Telephone: 414.291.5536<br>Facsimile: 414.291.5526<br>sanderson@littler.com<br>mkurlinski@littler.com<br><br>Attorneys for Defendant |